FILED

2004 NOV -1 P 4: 16

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :

VS.                             :       No. 3:02cr341(EBB)

SHORELINE MOTORS CORPORATION  :       OCTOBER 26, 2004

## SHORELINE MOTORS CORPORATION
## WAIVER OF APPEARANCE AND WRITTEN ENTRY OF PLEA

The undersigned on behalf of the defendant Shoreline Motors Corporation hereby waives it's right to appear and be presented when it is arraigned on the Third Superseding Indictment at 2:30 p.m. on Friday, November 5th 2004.

The defendant has also received a copy of the Third Superseding Indictment and wishes to enter a plea of not guilty to all twenty-two counts of said indictment.

SHORELINE MOTORS CORPORATION

By: _____
Edmund Q. Collier
Dey, Smith, & Collier LLC
771 Boston Post Road
Milford, CT  06460
Tel (203) 882-3351
Federal Bar No. ct11076

By: _____
Anthony Hernandez
Owner Shoreline Motors Corporation
Pres

## CERTIFICATE OF SERVICE

This is to certify that the foregoing motion was served via U.S. Mail, postage pre-paid on the following parties and counsel of record this 26th day of October 2004.

Jonathan Biran
Michael McGarry
Office of the U.S. Attorney
P.O. Box 1824
157 Church Street, 23rd Floor
New Haven, CT 06501

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly & Sacramone, P.C.
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109

David J. Wenc, Esq.
Wenc Law Offices
P.O. Box 306
44 Main Street
Windsor Locks, CT 06096-0306

Michael S. Hillis, Esq.
Terri Ann Knapsack, Esq.
Dombroski Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, CT 06511

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT 06106

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Salvatore C. DePiano, Esq.
Edward F. Czepiga, II, Esq.
Salvatotore C. DePiano, PC
56 Lyon Terrace
Bridgeport, CT 06604

Ethan A. Levine-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richardson
405 Orange Street
New Haven, CT 06510

_____
Edmund Collier