UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 3:02CR341 (EBB) |
| v. | |
| SHORELINE MOTORS CORPORATION,<br>ANGEL HERNANDEZ,<br>BRUCE VETRE,<br>DAVID BROWN,<br>RICHARD BROWN,<br>NELSON DATIL,<br>RICHARD DOMINGUEZ,<br>DARIEL PEREZ TORRES, and<br>MICHAEL RIVERA,<br>          Defendants. | February 3, 2005 |

## GOVERNMENT'S MOTION TO CONTINUE START OF EVIDENCE

The Government, by the undersigned Assistant United States Attorneys, respectfully requests that the start of evidence in the jury trial in the above-captioned case that is currently set for Wednesday, April 13, 2005 (the day following the April 12, 2005 jury selection date) be continued to Monday, April 25, 2005. In support of this motion, the Government represents as follows:

1.     On October 19, 2004, a federal grand jury returned a 22-count superseding indictment in the above-captioned case.

2.     On December 8, 2004, the Government filed a motion to continue the jury selection date from January 11, 2005 until April 12, 2005.

3.     On December 9, 2004, this Court granted the government's motion and set the jury selection date for April 12, 2005, with evidence to begin the following day.

**ORAL ARGUMENT NOT REQUESTED**