```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT

USA

V.                                Case Number:  3:02cr341(EBB)

SHORELINE MOTORS CORP
```

**ORDER re: Doc. # 352**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from January 11, 2005 to April 11, 2005 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, February 4, 2005.


                            SO ORDERED

                            _____
                            ELLEN BREE BURNS, SENIOR U.S.D.J.