UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | :    No. 3:02cr341(EBB) |
| SHORELINE MOTORS CORPORATION | :    May 18, 2005 |

### MOTION FOR ENLARGEMENT OF TIME TO MEET AND COOPERATE WITH PROBATION

The Defendant, SHORELINE MOTORS CORPORATION, acting herein by its attorney, Edmund Q. Collier, respectfully requests an enlargement of time to meet with a representative of the United States Probation System.

Counsel has only been provided with the documents requested by Probation on Monday, May 16, 2005 and is in the process of assembling all requested documentation. The majority share holder of the defendant was out of the country until last week and was unavailable to meet with counsel.

A first meeting with a Probation Officer is scheduled for May 19, 2005 and the Officer's first report is due May 20, 2005.

       The defendant requests an enlargement of the time frame within which the Probation Officer has to complete the Pre-Sentence Report by 60 days.

       Respectfully submitted,

BY:_____
    Edmund Q. Collier
    Dey, Smith, & Collier LLC
    771 Boston Post Rd.
    Milford, CT  06460
    Tel (203) 882-3351
    Federal Bar No. ct11076

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 18th day of May, 2005 to :

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

Michael S. Hillis, Esq.
129 Whitney Avenue
New Haven, CT  06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

John J. Kelly, Esq.
378 Boston Post Rd.
Orange, CT  06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Salvatore Depiano, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

____________________________

Edmund Q. Collier

U.S. District Court

157 Church Street

New Haven, CT  06510