UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA     : | |
| VS.                                                      : | No. 3:02cr341(EBB) |
| SHORELINE MOTORS<br>CORPORATION                   : | May 24, 2005 |

### WAIVER OF SPEEDY TRIAL

The Defendant, SHORELINE MOTORS CORPORATION, acting herein by its attorney, hereby waives those rights accorded to it by the Speedy Trial Act of 1974, 18 U.S.C. Section 3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from April 11, 2005 through August 26, 2005 be excluded from the speedy trial calculations to permit him to review discovery, investigate various matters, and file pre-trial motions.

In support of this waiver, the Defendant, states as follows:

It is represented by and has consulted with its attorney concerning this waiver;

It understands that by signing this waiver, it will be giving up those rights accorded it by the Speedy Trial Act and the Local Speedy Trial Plan; and

It requests that the requested continuance is in the best interest of the Defendant and outweighs his interest and the public's interest in a speedy trial, and the Court will find that period of delay from April 11, 2005 through August 26, 2005 should be excluded.

SHORELINE MOTORS

By:_____          _____

Edmund Q. Collier
ITS ATTORNEY

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 24th  day of May, 2005 to :

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT  06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

John J. Kelly, Esq.
378 Boston Post Rd.
Orange, CT  06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511


Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT 06106

Edward F. Czepiga, II, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Salvatore Depiano, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510


_____
Edmund Q. Collier