**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -vs- : | Criminal No. 3:02 cr 341 (EBB) |
| : | |
| SHORELINE MOTORS CORPORATION: | |

ENDORSEMENT ORDER ON WAIVER OF SPEEDY TRIAL (DOC. #467)

_____The Court finds that the period of time between April 11, 2005 and August 26, 2005 is hereby excluded from the speedy trial calculation, as in the interest of justice, pursuant to Title 18, U.S.C. Section 3161(h)(8).

SO ORDERED.

Dated at New Haven, Connecticut, June 3, 2005.

/s/_____
Ellen B. Burns, Senior
United States District Judge