UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:02cr341(EBB) |
| SHORELINE MOTORS CORPORATION | : | October 12, 2005 |

### **DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The Defendant, SHORELINE MOTORS CORPORATION, acting herein by its attorney, respectfully moves this Honorable Court to continue its sentencing until January 13, 2006, for the following reasons:

1. Shoreline's sentencing is scheduled for November 22, 2005.

2. The additional defendants are on trial in this court and the undersigned defendant, SHORELINE MOTORS CORPORATION, requests that the sentencing commences sometime after the completion of the trial.

3. The undersigned counsel has spoken with Jonathan Biran, Assistant U.S. Attorney who has no objection to the granting of this motion.

Defendant,

Shoreline Motors Corporation

By:_____                    _____

Edmund Q. Collier
ITS ATTORNEY
74 Cherry Street
Milford, CT  06460
(203)878-7999 phone
(203)878-3952 facsimile
eqc@eqclaw.com
Federal Bar No. ct11076

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 12th day of October, 2005:

Jonathan Biran
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405

John J. Kelly, Esq.
378 Boston Post Rd.
Orange, CT 06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT 06106

Edward F. Czepiga, II, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

Salvatore Depiano, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

                                                                                                      _____
                                                                                                      Edmund Q. Collier