UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:02CR341(EBB) |
| v. | |
| SHORELINE MOTORS, ET AL. | March 10, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Jonathan Biran. Assistant United States Attorney Biran is no longer employed by the office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

                                                Respectfully submitted,

                                                KEVIN J. O'CONNOR
                                                UNITED STATES ATTORNEY

                                                 /s/
                                                MICHAEL S. McGARRY
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Federal Bar No. ct25713
                                                157 Church Street, 23rd Floor
                                                New Haven, CT 06510
                                                Tel. 203.821.3700
                                                Fax. 203.773.5378
                                                michael.mcgarry@usdoj.gov

## CERTIFICATION

    This is to certify that a copy of the within and foregoing was sent by First Class mail on this 10th day of March 2006, to the following counsel of record:

Edmund Q. Collier, Esq.
Dey, Smith & Collier
771 Boston Post Rd.
Milford, CT 06460
(Counsel for Shoreline Motors)

Alan J. Sobol, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
(Counsel for Bruce Vetre)

Richard S. Cramer, Esq.
449 Silas Deane Hwy.
Wethersfield, CT 06109
(Counsel for David Brown)

Michael S. Hillis, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Ave.
New Haven, CT 06510
(Counsel for Richard Brown)

Edward F. Czepiga, II, Esq.
DePiano Gentile Czepiga & Soares
56 Lyon Terr.
Bridgeport, CT 06604-4076
(Counsel for Richard Dominguez)

Ethan A. Levin-Epstein, Esq.
Garrison Levin-Epstein Chimes & Richardson
405 Orange St.
New Haven, CT 06511
(Counsel for Dariel Perez Torres)

Kurt F. Zimmermann, Esq.
Silverstein & Osach
234 Church Street, Suite 903
P.O. Box 1727
New Haven, CT 06507
(Counsel for Angel Hernandez)

David J. Wenc, Esq.
Wenc Law Offices
Waterside Office Park
44 Main St.
P.O. Box 306
Windsor Locks, CT 06096
(Counsel for James Clanton)

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone, P.C.
378 Boston Post Road
Orange, CT 06477
(Counsel for Jose Concepcion)

Jonathan J. Einhorn, Esq.
412 Orange St.
New Haven, CT 06511
(Counsel for Nelson Datil)

Thomas G. Dennis, Esq.
Federal Public Defender's Office
10 Columbus Blvd.
6th Floor
Hartford, CT 06106-1976
(Counsel for Michael Rivera)

                                                ____/s/_____
                                                MICHAEL S. McGARRY
                                                ASSISTANT UNITED STATES ATTORNEY