UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | No. 3:02cr341(EBB) |
| SHORELINE MOTORS CORPORATION : | March 27, 2006 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The Defendant, SHORELINE MOTORS CORPORATION, acting herein by its attorney, respectfully moves this Honorable Court to continue its sentencing to a date at the Court's discretion which is after the defendants who went to trial are sentenced.

1. Shoreline's sentencing is scheduled for March 24, 2006.

2. The individual defendants have been convicted and are awaiting sentencing by this Court and the undersigned defendant, SHORELINE MOTORS CORPORATION, requests that its sentencing commences sometime after the sentencing of the defendants who went to trial .

3. The undersigned counsel has spoken with Michael McGarry, Assistant U.S. Attorney who has no objection to the granting of this motion.

4. The pre-sentence investigation report has not yet been completed.

Defendant,

Shoreline Motors Corporation

By:_____

Edmund Q. Collier
ITS ATTORNEY
74 Cherry Street
Milford, CT  06460
(203)878-7999
(203)878-3952 fax
eqc@eqclaw.com
Federal Bar No. ct11076


**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 27th   day of March, 2006:

Michael McGarry
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT  06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

John J. Kelly, Esq.
378 Boston Post Rd.
Orange, CT  06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Raymond F. Miller, Esq.
U.S. Attorney's Office
450 Main St., Room 328
Hartford, CT 06103

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 06109

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT 06106

Edward F. Czepiga, II, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

Salvatore Depiano, Esq.
56 Lyon Terrace
Bridgeport, CT 06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

                                                                          _____
                                                                           Edmund Q. Collier