UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                                    Case Number:  3:02cr341(EBB)

SHORELINE MOTORS CORP

**ORDER re: Doc. # 638**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from March 24, 2006 to June 30, 2006 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, April 13, 2006.


                      SO ORDERED

                      _____
                      ELLEN BREE BURNS, SENIOR U.S.D.J.