UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | No. 3:02cr341(EBB) |
| SHORELINE MOTORS CORPORATION : | May 15, 2006 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

The Defendant, SHORELINE MOTORS CORPORATION, acting herein by its attorney, respectfully moves this Honorable Court to continue its sentencing for 90 days from June 30, 2006.

1. Shoreline's sentencing is scheduled for June 30, 2006.

2. The individual defendants have been convicted and are awaiting sentencing by this Court and the undersigned defendant, SHORELINE MOTORS CORPORATION, requests a 90 day continuance from June 30, 2006 since counsel is working with probation in connection with pre-sentencing investigation to document the loss numbers.

3. The undersigned counsel has spoken with Michael McGarry, Assistant U.S. Attorney who has no objection to the granting of this motion.

4. The pre-sentence investigation report has not yet been completed.


SHORELINE MOTORS
Defendant,


By:_____
      Edmund Q. Collier
      ITS ATTORNEY
      74 Cherry Street
      Milford, CT  06460
      (203)878-7999
      (203)878-3952 fax
      eqc@eqclaw.com
      Federal Bar No. ct11076

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this May 15th day of May, 2006:

Michael McGarry
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT  06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

John J. Kelly, Esq.
378 Boston Post Rd.
Orange, CT  06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

Raymond F. Miller, Esq.
U.S. Attorney's Office
450 Main St., Room 328
Hartford, CT 06103

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT  06106

Edward F. Czepiga, II, Esq.
56 Lyon Terrace
Bridgeport, CT  06604

Salvatore Depiano, Esq.
56 Lyon Terrace
Bridgeport, CT  06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

                                                            _____
                                                             Edmund Q. Collier