ord

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAY 18  A 10: 51

U.S. DISTRICT COURT
NEW HAVEN, CT

USA

V.                              Case Number:  3:02cr341 (EBB)

SHORELINE MOTORS CORP

**ORDER re: Doc. # 663**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from June 30, 2006 until September 29, 2006 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, May 17, 2006.

SO ORDERED

ELLEN BREE BURNS, SENIOR U.S.D.J.