UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : 

VS. : No. 3:02cr341(EBB)

SHORELINE MOTORS
CORPORATION : September 27, 2006

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The Defendant, SHORELINE MOTORS CORPORATION, acting herein by its attorney, respectfully moves this Honorable Court to continue its sentencing until after the defendants whose cases went to trial are sentenced.

    1. The individual defendants have been convicted and are awaiting sentencing before this Court and the undersigned defendant, SHORELINE MOTORS CORPORATION, requests a continuance of its sentencing until after the defendants whose cases went to trial are sentenced.

    2. The undersigned counsel has spoken with Michael McGarry, Assistant U.S. Attorney who has no objection to the granting of this motion.

SHORELINE MOTORS
Defendant,


By:_____
    Edmund Q. Collier
    ITS ATTORNEY
    74 Cherry Street
    Milford, CT  06460
    (203)878-7999
    (203)878-3952 fax
    eqc@eqclaw.com
    Federal Bar No. ct11076


## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 15th   day of March, 2006:

Michael McGarry
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT  06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT  06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT  06405

John J. Kelly, Esq.
378 Boston Post Rd.
Orange, CT  06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

Raymond F. Miller, Esq.
U.S. Attorney's Office
450 Main St., Room 328
Hartford, CT 06103

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT  06106

Edward F. Czepiga, II, Esq.
56 Lyon Terrace
Bridgeport, CT  06604

Salvatore Depiano, Esq.
56 Lyon Terrace
Bridgeport, CT  06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

                                                                _____
                                                                Edmund Q. Collier