UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

VS.                        :    No. 3:02cr341(EBB)

SHORELINE MOTORS
CORPORATION                :    January 29, 2007

### WAIVER OF SPEEDY TRIAL

The Defendant, SHORELINE MOTORS CORPORATION, acting herein by its attorney,

hereby waives those rights accorded to it by the Speedy Trial Act of 1974, 18 U.S.C. Section

3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period through

February , 2007 be excluded from the speedy trial calculations to permit him to review any

briefs in this matter to such  time that the Court deliberates and renders an opinion  regarding

the economic loss of the victims in this matter.

In support of this waiver, the Defendant, states as follows:

It is represented by and has consulted with its attorney concerning this waiver;

It understands that by signing this waiver, it will be giving up those rights accorded it

by the Speedy Trial Act and the Local Speedy Trial Plan; and

It requests that the requested continuance is in the best interest of the Defendant and

outweighs his interest and the public's interest in a speedy trial, and the Court will find

that period of delay should be excluded.

SHORELINE MOTORS
Defendant,

By:_____
     Edmund Q. Collier
     ITS ATTORNEY
     74 Cherry Street
     Milford, CT 06460
     (203)878-7999
     (203)878-3952 fax
     eqc@eqclaw.com
     Federal Bar No. ct11076

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 29th day of January ,
2007 to the following parties of record:

Michael McGarry
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Alan Sobol, Esq.
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103

Michael S. Hillis, Esq.
205 Whitney Avenue
New Haven, CT 06511

Jeffrey Olgin, Esq.
74 Rose Hill Road
Branford, CT 06405

John J. Kelly, Esq.
378 Boston Post Rd.
Orange, CT  06477

David J. Wenc, Esq.
P.O. Box 306
Windsor Locks, CT 06096

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

Raymond F. Miller, Esq.
U.S. Attorney's Office
450 Main St., Room 328
Hartford, CT 06103

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109

Thomas G. Dennis
Federal Public Defender
10 Columbus Blvd.
Hartford, CT  06106

Edward F. Czepiga, II, Esq.
56 Lyon Terrace
Bridgeport, CT  06604

Salvatore Depiano, Esq.
56 Lyon Terrace
Bridgeport, CT  06604

Ethan A. Levin-Epstein, Esq.
405 Orange Street
New Haven, CT 06510

Edmund Q. Collier